IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **LAKESHA BIVINES** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **Civil No. 1:22cv72-HSO-BWR** |
| | § | |
| **CITY OF PASCAGOULA,** | § | |
| **MISSISSIPPI,** *et al.* | § | **DEFENDANTS** |

## FINAL JUDGMENT OF DISMISSAL

In accordance with the Order [54] entered on July 13, 2023; the Order [62] entered on December 14, 2023; and the Order entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED**.

**SO ORDERED** this the 19th day of April, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE